

RECEIVED OCT 04 2017 BY MAIL

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# _____ DIVISION

MARTEZ ANTWOINE MOODY

(Enter above the full name of the Plaintiff[s] in this action.)

- vs -

THE ST. LOUIS DIVISION OF THE FEDERAL BUREAU OF INVESTIGATION

(Enter above the full name of ALL Defendant[s] in this action. Fed. R. Civ. P. 10(a) requires that the caption of the <u>complaint</u> include the names of **all** the parties. Merely listing one party and "et al." is insufficient. Please attach additional sheets if necessary.

Case No. _____
(To be assigned by Clerk of District Court)

## COMPLAINT

I. State the grounds for filing this case is Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Federal Statute Title 18 U.S.C. 371 (Conspiracy), Title 18 U.S.C. Code 1519 (Destruction of Evidence), Title 18 U.S.C Code 2255 (Personal Injury to Mental Health which includes Depression and Anxiety)

II. Plaintiff, Martez Antwoine Moody _____ resides at

2527 West Dodier Street , Saint Louis , _____ ,
street address                  city            county

Missouri , 63107 , 314-267-1703 .
state     zip code  telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

III. Defendant, The St.Louis FBI Division lives at, or its business is located at

2222 Market Street , Saint Louis , _____ ,
street address                city            county

Missouri , 63103 .
state     zip code

(if more than one defendant, provide the same information for each defendant below)

2

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

The St.Louis Division of the FBI began an investigation against me in 2004. The investigation may have been related to a drug conviction that I received in 2001, which is expunged from my record. At the beginning of this investigation, Special Agent in Charge, Mr. Gilles was over the St.Louis FBI devision that recruited members of my family to provide 24 hour surveillance of me for the purposes of their investigation. My family members had access to federal equipment at their homes that gave them the ability to take primary control over my computer and mobile devices. This same device also gave my family members the ability to control my wireless internet connection, which was turned off frequently when I tried to communicate with others about what was happening to me. Important files were deleted from my computer that contained documented times of wireless connectivity issues that occured, even when my internet provider could not solve the connectivty issues that kept occuring throughout this investigation. After the device was taken back from my family, I was told that the St.Louis FBI did not give them proper training, nor was there any screening processes conducted before the equipment was given to certain family members. Non-screened civilians therefore, were given access to my private and personal information, my whereabouts at any given time, and even the ability to move, alter, or delete files from my computer. This particular capability allowed my family to block me from either applying for out of state employment, or accepting out-of-state employment; for the purposes of being illegally kept here in St.Louis for the purposes of continuing the FBI's investigation of me. In 2015, after writing an email to someone about the FBI's illegal actions against me, my computer's hard drive became corrupted and unusable just 24 hours later from the time that I sent that email. I have a copy of a letter from the service provider who had to replace my laptop's corrupted hard drive, therefore, forcing all of the evidence that I collected during this investigation to be destroyed. It was then that I became paranoid with anxiety episodes and chronically depressed, two diagnoses that were certified by licensed professionals in 2015 and 2016. Not only did I lose all of the evidence that I had stored on my computer, but I also realized that for years, I had lost out on employment opportunities that would have greatly increased my quality of life.

The device also contained satellite capabilities that allowed my family to continue surveillance of me once I left my home. This device capability not only put the plaintiff's safety at risk, it also placed others who were in my viewing area at risk. My family members that were involved in the investigation process against me can confirm to the courts that they were not required to sign any non-disclosure agreements to protect confidential information, nor was there a screening process required before a family member could use the device. These family members can also verify that they were involved in my inability to acquire competitive or out-of-state employment while under investigation. The conspiracy during this investigation lies with the St.Louis FBI and their intentional action of witholding proper training and screening of my family members for the purposes of making them criminally liable for the illegal actions that took place during this investigation. This criminal act of conspiracy was methodically used to incriminate family members who were unknowlegeable of the law and the severity of the illegal actions that they were committing. I believe the investigation continues as of today, September 20th, 2017 because the St.Louis FBI division are knowledgeable of the information that I acquired from family members who were involved with them during this investigation.  I tried several times to contact the St.Louis Division of the FBI to get answers, or even answer any questions that they may have for me. I sent an email to Special Agent in Charge, William Woods, and he instructed me to complete an SF-95 from to file a complaint against the St.Louis FBI Division. Additional information is attached.

3

**V.** Relief: State briefly and exactly what you want the Court to do for you.

I believe that both parties will be able to agree to a monetary settlement through mediation or arbitration, with the privilege of testimonial immunity being granted to both the defedents as well as the plaintiff's witnesses. Without immunity privileges, both parties will be at risk of incriminating themselves through mediation, arbitration, or court-ordered testimony. For security purposes and the safety of everyone involved in this complaint, it would be in the best interest of all parties involved to receive full immunity for their testimony. I also need the court's assistance in declassifying the federal equipment that was given to my family members during this investigation, for the purposes of verifying the device's capabilities and their posession of the equipment during the investigation period.

My preference for remedying this complaint would be a court-ordered one-to-one session with myself, the plaintiff, and Special Agent in Charge, Mr. William Woods. A one-to-one session would reduce court costs and legal fees associated with remedying this case, as well as the confidential confinement of confidential government equipment and intelligence. If a settlement cannot be reached, I ask that the courts refer the case to arbitration or mediation.

**VI. MONEY DAMAGES:**

**A)** Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES [X]     NO [ ]

**B)** If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

The FBI's federal investigation against me rendered illegal actions that caused my mental health to succumb to a life-long Depression and Anxiety diagnosis by licensed professionals. My personal security was also put in jeopardy by involving non-screened civilians who lacked the proper training to use federal equipment that exposed my personal identification, personal locations, and personal information. $6,000,000 is my claim.

**VII.** Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [X]     NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20th day of September, 20 17

*Martez Moody*

Signature of Plaintiff(s)

4