Dear Clerk of Court,

Enclosed are all of the signed documents that you requested to begin processing my case. Thank you for everything.

RECEIVED
OCT 04 2017
BY MAIL

Thank You,
Martez Moody
314-267-1703 (Mobile)