# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MARTEZ ANTWOINE MOODY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ST. LOUIS DIVISION OF THE FEDERAL ) <br> BUREAU OF INVESTIGATION, ) <br> ) <br> Defendant. ) | No. 4:17-CV-2528 JMB |

## ORDER

This matter is before the Court on review of the file. On October 4, 2017, plaintiff filed his complaint, a motion to appoint counsel, and a CJA 23 financial affidavit. Although plaintiff filed a financial affidavit, he did not submit a motion to proceed in forma pauperis. On October 20, 2017, the Court mailed plaintiff a copy of the Court's form Motion to Proceed In Forma Pauperis—Non Prisoner, and directed him to either pay the $400 filing fee or submit a motion to proceed in forma pauperis.

Plaintiff has not complied with the Court's Order, and the time for doing so has passed. As a result, the Court will dismiss this action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.[1]

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

---

[1] The Court notes that plaintiff filed two prior actions against the Federal Bureau of Investigation, both of which were dismissed upon frivolity review under 28 U.S.C. § 1915(e)(2)(B). *See Moody v. Fed. Bureau of Investigation*, Case No. 4:16-CV-427 CDP (E.D. Mo. Apr. 4, 2016); *Moody v. Fed. Bureau of Investigation St. Louis Office*, Case No. 4:16-CV-325 RLW (E.D. Mo. Mar. 15, 2016). Here, because plaintiff has not moved to proceed in forma pauperis under § 1915, the Court will not review the complaint for frivolity.

A separate Order of Dismissal will accompany this Order.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

Dated this 20th day of November, 2017.