UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARTEZ ANTWOINE MOODY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:17-CV-2528 JMB |
| ) | |
| ST. LOUIS DIVISION OF THE FEDERAL ) | |
| BUREAU OF INVESTIGATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

In accordance with the Order issued on this date and incorporated herein,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

Dated this 20th day of November, 2017.